**ASPEX EYEWEAR, INC., and Contour Optik, Inc., Plaintiffs–Appellants,**

v.

**ALTAIR EYEWEAR, INC., Defendant–Appellee.**

**No. 2012–1102.**

United States Court of Appeals, Federal Circuit.

Oct. 10, 2012.

Rehearing and Rehearing En Banc Denied Dec. 14, 2012.

Michael A. Nicodema, Greenberg Traurig, LLP, of Florham Park, NJ, argued for plaintiffs-appellants. With him on the brief was Kimberly A. Warshawsky, of Phoenix, AZ.

Tracy Zurzolo Quinn, Reed Smith, LLP, of Chicago, IL, argued for defendant-appellee. With her on the brief were Carl H. Pierce and Matthew P. Frederick. Of counsel were James C. Martin and Kevin S. Katona, of Pittsburgh, PA.

LINN, REYNA, and WALLACH, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**